UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNDEEP AMRUTE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SANJAY SHAH and STREET SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:20-cv-07228 (MCA) (MAH)<br><br>(Document Electronically Filed)<br><br>STIPULATION AND [PROPOSED] CONSENT ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sundeep Amrute and Defendants Sanjay Shah and Street Solutions, Inc. hereby stipulate and agree that this action shall be dismissed with prejudice and without costs or attorneys' fees to any party. The Court shall retain jurisdiction to enforce the terms of settlement.

LOWENSTEIN SANDLER LLP
*Attorneys for Plaintiff Sundeep Amrute*

By: _____
Matthew M. Oliver
One Lowenstein Drive
Roseland, NJ 07068
moliver@lowenstein.com

December 30, 2020

PILLSBURY WINTHROP SHAW PITTMAN LLP
*Attorneys for Defendants Sanjay Shah and Street Solutions, Inc.*

By: _____
David G. Keyko
31 West 52nd Street
New York, NY 10019-6131
matthew.stockwell@pillsburylaw.com

December 31, 2020

IT IS SO ORDERED.

_____
Hon. Michael A. Hammer
United States Magistrate Judge

1

4813-2893-6149.v1